United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-10651-djb |
| Steven Siepser | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 11, 2026 | Form ID: pdf900 | Total Noticed: 9 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven Siepser, 528 Brandywine Creek Road, Coatesville, PA 19320-4668 |
| cr | + | MMG VI Swedesford REO, LLC, Buchanan Ingersoll & Rooney PC, ATTN: Mark Pfeiffer, Esq., 50 S. 16th Street, Suite 3200, Philadelphia, PA 19102-2555 |
| 15106630 | + | Dext Capital, 5500 Meadows Rd - Suite 300, Attn: Bankruptcy Department - Barbi Mart, Lake Oswego, OR 97035-3623 |
| 15105371 | | MMG INVESTMENTS, C/O MARK PFEIFFER, ESQ., BUCHANAN, INTERSOLL, ET. AL., TWO LIBERTY PLACE, SUITE 3200, Philadelphia, PA 19102 |
| 15107260 | + | MMG VI Swedesford REO, LLC, C/O Mark Pfeiffer, Esquire, Two Liberty Place, 50 S. 16th Street, Suite 3200, Philadelphia, PA 19102-2555 |
| 15124089 | + | Smoot Investments Inc, 3000 Smoot Road, Smoot, WV 24977-9602 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | May 12 2026 00:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 12 2026 00:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15130027 | + Email/PDF: ebn_ais@aisinfo.com | May 12 2026 00:32:55 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15105372 | * | MMG INVESTMENTS, C/O MARK PFEIFFER, ESQ., BUCHANAN, INTERSOLL, ET. AL., TWO LIBERTY PLACE, SUITE 3200, Philadelphia, PA 19102 |
| 15132764 | *+ | Smoot Investments Inc., 3000 Smoot Road, Smoot, WV 24977-9602 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0313-2

Date Rcvd: May 11, 2026

User: admin

Form ID: pdf900

Page 2 of 2

Total Noticed: 9

Date: May 13, 2026                         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| MAGGIE S SOBOLESKI | on behalf of Debtor Steven Siepser msoboles@yahoo.com  3532@notices.nextchapterbk.com |
| MARK D. PFEIFFER | on behalf of Creditor MMG VI Swedesford REO  LLC mark.pfeiffer@bipc.com, donna.curcio@bipc.com;joseph.roadarmel@bipc.com;eservice@bipc.com |
| Richard E Furtek | rfurtek@furtekassociates.com  cref11@trustesolutions.net |
| Richard E Furtek | on behalf of Trustee Richard E Furtek rfurtek@furtekassociates.com  cref11@trustesolutions.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Steven Siepser, | § | Case No. 25-10651-DJB |
| | § | |
| Debtor. | § | |
| | § | |

### NOTICE OF REQUEST, RESPONSE DEADLINE
### AND IN-PERSON HEARING DATE

### *Motion of the United States Trustee to Dismiss Case or Convert to Chapter 7 for Failure to File Operating Reports*

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

1. If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before May 26, 2026 you or your attorney must file a response to the Motion. (see Instructions on next page).

2. A hearing on the Motion is scheduled to be held on **June 2, 2026 at 1:00 p.m**. both by **Zoom video conference (ZOOMGOV.COM with JOIN Meeting ID: 161 0657 4791) and in-person at the United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Building 900 Market Street, Courtroom #2 Philadelphia, PA 19107**. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing. Requests for participation other than in person must be made pursuant to Local Bankruptcy Rule 9076-1.

3. If you do not file a response to the Motion, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

4. You may contact the Bankruptcy Clerk's Office for Philadelphia cases at (215) 408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

## **Filing Instructions**

If you are required to file documents electronically by Local Bankruptcy Rule 5005-2, you must file your response electronically.

If you are not required to file electronically, you must file your response at

> **United States Bankruptcy Court**
> **Eastern District of Pennsylvania**
> **Robert N.C. Nix Sr. Federal Building**
> **900 Market Street, Suite 400**
> **Philadelphia, PA 19107**
> **Telephone: (215)408-2840**

If you mail your response to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

> By: /s/ *John Schanne*
> John Schanne, Trial Attorney
> Office of The United States Trustee
> Robert NC Nix, Sr. Federal Building
> 900 Market Street, Suite 320
> Philadelphia, PA 19107
> Phone: 202.934.4154
> John.Schanne@usdoj.gov

Date: May 8, 2026