**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| In re: | |
| STEVEN SIEPSER, | Chapter 11 |
| Debtor. | Case No. 26-10651-DJB |

**CERTIFICATE OF SERVICE**

I, Mark Pfeiffer, certify that on June 4, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion for Relief from the Automatic Stay to Permit the Filing and Prosecution of a Petition to Establish the Fair Market Value of Non-Debtor Property Pursurant to the Pennsylvania Deficiency Judgment Act, 42 Pa.C.S.A. § 8103 [DKT 40]

- Notice of Motion, Response Deadline and Hearing Date Regarding Motion of MMG VI Swedesford Reo, LLC for Relief from the Automatic Stay [DKT 41]

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

BUCHANAN INGERSOLL & ROONEY, PC

Dated: June 4, 2026

/s/ Mark D. Pfeiffer
Christopher P. Schueller, Esquire
Mark D. Pfeiffer, Esquire
Two Liberty Place
50 S. 16th Street, Ste. 3200
Philadelphia, PA 19102
Tel (215) 665-8700
Fax (215) 665-8760

*Attorneys for MMG VI Swedesford REO, LLC*

**Mailing List Exhibit:**

**Via CM/ECF and electronic mail**

*Counsel to Debtor*
Maggie Soboleski
701 Market Street
Philadelphia, PA 19106
Email: msoboleski@kmllawgroup.com

*Counsel to the U.S. Trustee for Region 3*
John Henry Schanne
Office of The United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Email: John.Schanne@usdoj.gov

**Via 1st Class, U.S. Mail**

*Debtor*
Steven Siepser
528 Brandywine Creek Road
Coatesville, PA 19320

*United States Trustee*
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107