**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>STEVEN SIEPSER,<br><br>      Debtor. | Chapter 11<br><br>Case No. 26-10651-DJB |

**CERTIFICATE OF SERVICE**

I, Mark Pfeiffer, certify that on June 5, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein:

- Motion for Relief from the Automatic Stay to Permit the Filing and Prosecution of a Petition to Establish the Fair Market Value of Non-Debtor Property Pursuant to the Pennsylvania Deficiency Judgment Act, 42 Pa.C.S.A. § 8103 [DKT 40]

- Notice of Motion, Response Deadline and Hearing Date Regarding Motion of MMG VI Swedesford Reo, LLC for Relief from the Automatic Stay [DKT 41]

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

**BUCHANAN INGERSOLL & ROONEY, PC**

Dated: June 5, 2026

/s/ Mark D. Pfeiffer
Christopher P. Schueller, Esquire
Mark D. Pfeiffer, Esquire
Two Liberty Place
50 S. 16th Street, Ste. 3200
Philadelphia, PA 19102
Tel (215) 665-8700
Fax (215) 665-8760

*Attorneys for MMG VI Swedesford REO, LLC*

**Mailing List Exhibit:**

**Via First Class Mail**

Dext Capital
5500 Meadows Rd – Suite 300
Attn:  Bankruptcy Department-Barbi Mart
Lake Oswego, OR  97035-3623


Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA  17128-0946


Santander Bank NA
MC:  PA-WYO-CP3
1001 Commons Blvd
Reading, PA  19605-5500


Smoot Investments Inc.
3000 Smoot Road
Smoot, WV 24977-9602


Verizon
By AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK  73118-7901