**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| STEVEN SIEPSER, | : | |
| | : | |
| | : | |
| Debtor. | : | Case No. 26-10651 (DJB) |

**DEBTOR'S RESPONSE TO MMG VI SWEDESFORD REO, LLC'S**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

The Debtor, by and through its undersigned counsel files this response to the Motion for

Relief from Stay filed by MMG VI Swedesford REO, LLC's ("Movant") and states the following:

1. Admitted.

2. Admitted only in that such judgment is a matter of judicial notice.

3. Denied in that Debtor has no knowledge of the terms or results of the sheriff sale that

   occurred on March 25, 2026.

4. Denied as a conclusion of law.

5. Denied as a conclusion of law.

6. Denied as a conclusion of law.

7. Denied as a conclusion of law.

8. Denied as a conclusion of law.

9. Admitted in part.  Denied in that Debtor has no proof of an assignment of mortgage

   ("AOM") from Centric Bank to First Commonweatlh.

10. Admitted in that the Exhibit is a legal document, the terms of which speaks for itself.

11. Admitted in that the Exhibit is a legal document, the terms of which speaks for itself.

12. Admitted in that the Exhibit is a legal document, the terms of which speaks for itself.

13. Denied in that the 860 Swedesford Mortgage is a legal document, the terms of which speaks for itself.

14. Admitted in that the Exhibit is a legal document, the terms of which speaks for itself.

15. Admitted in that the Exhibit is a legal document, the terms of which speaks for itself.

16. Denied in that the Coatesville Mortgage is a legal document, the terms of which speak for itself.

17. Admitted in that the Exhibit is a legal document, the terms of which speaks for itself.

18. Admitted in that the Exhibit is a legal document, the terms of which speaks for itself. (Movant's numbering goes off track at this point.)

19. Denied in that the Kennett Square Mortgage is a legal document, the terms of which speaks for itself.

20. Admitted in that the Exhibit is a legal document, the terms of which speaks for itself.

21. Admitted in that the Exhibit is a legal document, the terms of which speaks for itself.

22. Admitted in that the Exhibit is a legal document, the terms of which speaks for itself.

23. Admitted in that the Exhibit is a legal document, the terms of which speaks for itself.

24.  Admitted in that the Exhibit is a legal document, the terms of which speaks for itself.

25. Admitted in that the Exhibit is a legal document, the terms of which speaks for itself.

26. Admitted in that the Exhibit is a legal document, the terms of which speaks for itself.

27. Admitted in that the Exhibit is a legal document, the terms of which speaks for itself.

28. Denied.

29. Admitted in that the Exhibit is a legal document, the terms of which speaks for itself.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Admitted.

35. Admitted.

36. Admitted.

37. Admitted in that the Exhibit is a legal document, the terms of which speaks for itself.

38. Admitted

39. Denied as a conclusion of law.

40. Denied as a conclusion of law.

41. Denied as a conclusion of law.

42. Denied as a conclusion of law.

43. Denied as a conclusion of law.

44. Denied as a conclusion of law.

45. Denied as a conclusion of law.

46. Denied as a conclusion of law.

47. Denied as a conclusion of law.

WHEREFORE, Debtor respectfully requests that the relief sought by Movant be denied in its entirety and for any and all other relief the Court sees just.

Respectfully submitted,

*/s/ Maggie S. Soboleski*

Maggie S. Soboleski, Esquire
Center City Law Offices, LLC
Counsel to the Debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                      :
                                                            :        Chapter 11
STEVEN SIEPSER,                                             :
                                                            :
                                                            :
            Debtor.                                         :        Case No. 26-10651 (DJB)

**CERTIFICATE OF SERVICE**

I, Maggie S. Soboleski, Esquire hereby certify that a copy of the foregoing

*RESPONSE TO MOTION FOR RELIEF FROM STAY FILED BY MMG VI Swedesford REO,*

*LLC's* was served by being filed through the Court's electronic filing system upon all of the

parties who have entered their appearance; and upon the following, via e-mail and as indicated:

Mark D. Pfeiffer, Esquire via e-mail at:  mark.pfeiffer@bipc.com

Respectfully submitted,

*/s/ Maggie S. Soboleski*

Maggie S. Soboleski, Esquire
Center City Law Offices, LLC
Counsel to the Debtor