**UNITED STATES BANKRUPTCY COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>STEVEN SIEPSER,<br><br>     Debtor. | CHAPTER 11<br><br>Case No. 26-10651-DJB<br><br>Related Documents: 40, 47 |

**MMG VI SWEDESFORD REO, LLC'S WITNESS AND EXHIBIT LIST WITH
RESPECT TO THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY
TO PERMIT THE FILING AND PROSECUTION OF A PETITION
TO ESTABLISH THE FAIR MARKET VALUE OF NON-DEBTOR
PROPERTY PURSUANT TO THE PENNSYLVANIA
DEFICIENCY JUDGMENT ACT, 42 Pa.C.S.A. § 8103**

MMG VI Swedesford REO, LLC (the "Movant") respectfully submit this witness and

exhibit list with respect to Movant's Motion for Relief from the Automatic Stay to Permit the

Filing and Prosecution of a Petition to Establish the Fair Market Value of the Non-Debtor Property

Pursuant to the Pennsylvania Deficiency Judgment Act, 42 Pa. C.S.A. § 8103.

## **EXHIBITS**

| Exh. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 1 | Motion for Relief from the Stay with Exhibits [ECF no. 40] | | | |
| 1a | Note | | | |
| 1b | Guaranty | | | |
| 1c | Guaranty | | | |
| 1d | Swedesford Mortgage | | | |
| 1e | Assignment of Rents | | | |
| 1f | Coatesville Mortgage | | | |
| 1g | Assignment of Leases | | | |
| 1h | Kennett Square Mortgage | | | |
| 1j | Assignment of Mortgage | | | |
| 1k | Assignment of Assignment of Rents | | | |
| 1l | Default Notice | | | |
| 1m | Judgment | | | |
| 1n | Docket | | | |

| Exh. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 1o | ALR Letter | | | |
| 1p | Service information | | | |
| 1q | Listing | | | |
| 1r | Assignment to Movant | | | |
| 1s | Notice of Sale | | | |
| 2 | Debtor's Response to Motion [ECF No. 47] | | | |
| 3 | Certificate of Recorder of Deeds | | | |
| 4 | Recorded Deed | | | |

## WITNESS

| Order of Witness | Witness Name | Testimony Description |
|---|---|---|
| 1 | Movant's representative | Authentication of documents, if needed, and the sheriff sale |
| 2 | Debtor | Authentication of documents |

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

Dated: June 24, 2026

/s/ Mark D. Pfeiffer
Christopher P. Schueller, Esquire
Mark D. Pfeiffer, Esquire
Two Liberty Place
50 S. 16th Street, Ste. 3200
Philadelphia, PA 19102
Tel (215) 665-8700
Fax (215) 665-8760

*Attorneys for Movant*

**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

In re:

STEVEN SIEPSER,

Debtor.

Chapter 11

Case No. 26-10651-DJB

**CERTIFICATE OF SERVICE**

I, Mark Pfeiffer, certify that on June 24, 2026, I did cause a true and correct copy of

Movant's Witness and Exhibit List to be served upon all parties in interest via ECF notification.

**BUCHANAN INGERSOLL & ROONEY, PC**

Dated: June 24, 2026

/s/ Mark D. Pfeiffer
Christopher P. Schueller, Esquire
Mark D. Pfeiffer, Esquire
Two Liberty Place
50 S. 16th Street, Ste. 3200
Philadelphia, PA 19102
Tel (215) 665-8700
Fax (215) 665-8760

*Attorneys for Movant*