**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | |
| STEVEN SIEPSER, | CHAPTER 11 |
| Debtor. | Case No. 26-10651-DJB |

**ORDER**

Upon consideration of the Motion of MMG VI Swedesford REO, LLC (the "Movant")
for relief from the automatic stay so Movant may file and prosecute a petition to establish the fair
market value of the non-debtor property located at 860 East Swedesford Road, Upper Merion
Township, Pennsylvania (the "Property") pursuant to the Pennsylvania Deficiency Judgment
Act, 42 Pa.C.S.A. § 8103 (the "Deficiency Judgment Act"), and any responses thereto, it is
hereby **ORDERED**:

1.      The Movant is relief from the automatic stay pursuant to 11 U.S.C. § 362(d) so
that Movant may file and prosecute a petition, which names the Debtor as a respondent, to
establish the fair market value of the non-debtor Property pursuant to the Deficiency Judgment
Act, 42 Pa.C.S.A. § 8103.

2.      The state court may fully adjudicate the petition.

3.      The determination of the fair market value of the Property by the state court will
not be binding on this Court and the Debtor, and all interested parties, reserve all rights with
respect the fair market value in connection with this bankruptcy case and any related adversary
proceeding.

4.      Nothing in this Order authorizes the Movant to exercise any right or remedy with

respect to any property of the Debtor's bankruptcy estate.

Dated: **June 30, 2026**

_____

Honorable Derek J. Baker
United States Bankruptcy Judge