United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                     Case No. 26-10651-djb

Steven Siepser                                                                     Chapter 11
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 01, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2026:**

**Recip ID             Recipient Name and Address**
db                + Steven Siepser, 528 Brandywine Creek Road, Coatesville, PA 19320-4668

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2026                Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2026 at the address(es) listed below:

**Name                Email Address**

JOHN HENRY SCHANNE
    on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

MAGGIE S SOBOLESKI
    on behalf of Debtor Steven Siepser msoboleski@kmllawgroup.com  3532@notices.nextchapterbk.com

MARK D. PFEIFFER
    on behalf of Creditor MMG VI Swedesford REO  LLC mark.pfeiffer@bipc.com, donna.curcio@bipc.com;joseph.roadarmel@bipc.com;eservice@bipc.com

Richard E Furtek
    rfurtek@furtekassociates.com  cref11@trustesolutions.net

Richard E Furtek
    on behalf of Trustee Richard E Furtek rfurtek@furtekassociates.com  cref11@trustesolutions.net

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2                               User: admin                                              Page 2 of 2
Date Rcvd: Jul 01, 2026                            Form ID: pdf900                                          Total Noticed: 1
TOTAL: 6

**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

In re:

STEVEN SIEPSER,

      Debtor.

CHAPTER 11

Case No. 26-10651-DJB

**ORDER**

Upon consideration of the Motion of MMG VI Swedesford REO, LLC (the "Movant")
for relief from the automatic stay so Movant may file and prosecute a petition to establish the fair
market value of the non-debtor property located at 860 East Swedesford Road, Upper Merion
Township, Pennsylvania (the "Property") pursuant to the Pennsylvania Deficiency Judgment
Act, 42 Pa.C.S.A. § 8103 (the "Deficiency Judgment Act"), and any responses thereto, it is
hereby **ORDERED**:

1.     The Movant is relief from the automatic stay pursuant to 11 U.S.C. § 362(d) so
that Movant may file and prosecute a petition, which names the Debtor as a respondent, to
establish the fair market value of the non-debtor Property pursuant to the Deficiency Judgment
Act, 42 Pa.C.S.A. § 8103.

2.     The state court may fully adjudicate the petition.

3.     The determination of the fair market value of the Property by the state court will
not be binding on this Court and the Debtor, and all interested parties, reserve all rights with
respect the fair market value in connection with this bankruptcy case and any related adversary
proceeding.

12

4.  Nothing in this Order authorizes the Movant to exercise any right or remedy with

respect to any property of the Debtor's bankruptcy estate.

Dated: **June 30, 2026**

_____
Honorable Derek J. Baker
United States Bankruptcy Judge

13