UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:<br>Steven Siepser,<br><br>Debtor. | : | Chapter 11<br><br>Bankruptcy No. 26-10651 (DJB) |

**ORDER SCHEDULING STATUS CONFERENCE**

**AND NOW**, the Court having reviewed, generally, the docket in the Debtor's bankruptcy case, it is hereby **ORDERED** that:

The Court schedules a Status Conference in the above-captioned chapter 11 case pursuant to 11 U.S.C. § 105(d)(1) for **October 13, 2026, at 1:00 p.m.** on Zoom video conference at **zoomgov.com with JOIN meeting ID: 161 0657 4791**.

Dated: September 23, 2026

The Honorable Derek J. Baker
United States Bankruptcy Judge