United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 26-10651-djb
Steven Siepser Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2
Date Rcvd: Sep 23, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven Siepser, 528 Brandywine Creek Road, Coatesville, PA 19320-4668 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| MAGGIE S SOBOLESKI | on behalf of Debtor Steven Siepser msoboleski@kmllawgroup.com 3532@notices.nextchapterbk.com |
| MARGARET ANN VESPER | on behalf of Creditor Plymouth Meeting Ambulatory Surgical Center LLC vesperm@ballardspahr.com |
| MARK D. PFEIFFER | on behalf of Creditor MMG VI Swedesford REO LLC mark.pfeiffer@bipc.com, donna.curcio@bipc.com;joseph.roadarmel@bipc.com;eservice@bipc.com |
| Richard E Furtek | rfurtek@furtekassociates.com cref11@trustesolutions.net |
| Richard E Furtek | |

| | |
|---|---|
| | on behalf of Trustee Richard E Furtek rfurtek@furtekassociates.com cref11@trustesolutions.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Steven Siepser,<br><br>Debtor. | Chapter 11<br><br>Bankruptcy No. 26-10651 (DJB) |

**ORDER SCHEDULING STATUS CONFERENCE**

**AND NOW**, the Court having reviewed, generally, the docket in the Debtor's bankruptcy case, it is hereby **ORDERED** that:

The Court schedules a Status Conference in the above-captioned chapter 11 case pursuant to 11 U.S.C. § 105(d)(1) for **October 13, 2026, at 1:00 p.m.** on Zoom video conference at **zoomgov.com with JOIN meeting ID: 161 0657 4791**.

Dated: September 23, 2026

The Honorable Derek J. Baker
United States Bankruptcy Judge