UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Steven Siepser,<br><br>Debtor. | Chapter 11<br><br>Bankruptcy No. 26-10651 (DJB) |

**ORDER SCHEDULING SHOW CAUSE HEARING**

**AND NOW**, the Court having scheduled a status conference in the above-captioned chapter 11 case pursuant to 11 U.S.C. § 105(d)(1) on October 13, 2026, at 1:00 p.m (the "Status Conference"); and the Debtor's failure to appear at said Status Conference, it is hereby **ORDERED** that:

The Court schedules a show cause hearing on October 27, 2026 at 1:00 p.m. on Zoom video conference at **zoomgov.com with JOIN meeting ID: 161 0657 4791** as to why this case should not be dismissed for failure to appear at the Status Conference.

Dated: October 14, 2026

The Honorable Derek J. Baker
United States Bankruptcy Judge