**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Steven Siepser, | : | Case No. 26-10651-DJB |
| | : | |
| Debtor. | : | |

## CERTIFICATION OF SERVICE

I, Maria Borgesi, certify that on October 22, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion of the United States Trustee to Dismiss Debtor's Case or Convert to Chapter 7 for Failure to File Monthly Operating Reports and Comply With Court Order
- Notice of Hearing

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: October 22, 2026

*/s/ Maria Borgesi*
Maria Borgesi
Paralegal Specialist
Office of the U.S. Trustee
Robert N.C Nix Sr. Federal Bldg.
900 Market Street, Room 320
Philadelphia, PA 19107
Phone: (215) 597-4411
Maria.n.borgesi@usdoj.gov

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Maggie Soboleski
701 Market Street
Suite 5000
Philadelphia, PA 19106
e-mail: msoboleski@kmllawgroup.com
***(Debtor's counsel)***

Via: ___X__ CM/ECF _____1st Class Mail ____Certified Mail __X__ e-mail
_____Other:

Richard E. Furtek, CPA
Furtek & Associates LLC
Lindenwood Corporate Center
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
e-mail: rfurtek@furtekassociates.com
**(Subchapter V Trustee)**

Via: ___X__ CM/ECF _____1st Class Mail ____Certified Mail __X__ e-mail
_____Other:

Mark Pfeiffer, Esquire
Buchanan Ingersoll & Rooney PC
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
E-mail: mark.pfeiffer@bipc.com

Via: ___X__ CM/ECF _____1st Class Mail ____Certified Mail __X__ e-mail
_____Other:

Matthew G. Summers, Esquire
Margaret A. Vesper, Esquire
BALLARD SPAHR LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801-3034
E:mail: summersm@ballardspahr.com
E-mail: vesperm@ballardspahr.com

Via: ___X__ CM/ECF _____1st Class Mail ____Certified Mail __X__ e-mail
_____Other:

Verizon by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Via: _____ CM/ECF __X___1st Class Mail ____Certified Mail ____ e-mail
_____Other:

**END OF DOCUMENT**