**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ***In re:***<br><br>**STEVEN SIEPSER,**<br><br>**Debtor.** | **Chapter 11**<br><br>**Judge: DJB**<br><br>**Case No. 26-10651** |

**CERTIFICATE OF SERVICE**

I, Daniel S. Siedman, hereby certify that on the 27th day of October, 2026, a copy of the ***Notice and Application of Debtor to Employ Ciardi Ciardi & Astin as Counsel to the Debtor*** were served via U.S. First Class Mail, postage prepaid, upon all parties as listed on the attached Service List.

**CIARDI CIARDI & ASTIN**

By: ***/s/ Daniel S. Siedman***

Daniel S. Siedman, Esquire
1905 Spruce Street
Philadelphia, PA 19103
T (215) 557-3550
F (215) 557-3551
*dsiedman@ciardilaw.com*
*Proposed Counsel to Debtor*

**Steven Siepser 26-10651 (DJB)**
**2002 list & US Trustee**

**Debtor**
Steve Siepser
528 Brandywine Creek Road
Coatesville, PA 19320

**DOJ-US Trustee**
John Schanne
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Subchapter V Trustee**
Richard E Furtek
Furtek & Associates, LLC
101 Lindenwood Dr. Suite 225
Malvern, PA 19355

MMG VI Swedesford REO, LLC
Buchanan Ingersoll & Rooney PC
ATTN: Mark Pfeiffer, Esq.
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102

**MAGGIE S SOBOLESKI**
Maggie Soboleski
701 Market Street, Suite 5000
Philadelphia, PA 19106

**Plymouth Meeting Ambulatory Surgical Ctr LLC**
MARGARET ANN VESPER
Ballard Spahr
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

**Creditors**

Dext Capital
Attn: Barbi Mart
5500 Meadows Road, Ste 300
Lake Oswego, OR 97035

Pennsylvania Dept of Revenue
PO Box 280846
Harrisburg, PA 17128

Santander Bank NA
MC: PA-WYO-CP3
1001 Commons Blvd
Reading, PA 19605

Smoot Investments, Inc
3000 Smoot Road
Smoot, WV 64977

Verizon by AIS InfoSource LP as agent
4515 N. Santa Fe Ave
Oklahoma City, OK 73118

**Government agencies**

PA Dept of Labor and Industry – UCTS
Bankruptcy & Compliance Unit
625 Cherry Street; Room 203
Reading, PA 19602-1152

Comm of PA – Dept of Labor & Industry
Collections Support Unit
651 Boas Street, Room 702
Harrisburg, PA 17121

Commonwealth of PA
Pennsylvania Office of Attorney General
Financial Enforcement Section
15th Floor, Strawberry Square
Harrisburg, PA 17120

United States Attorney's Office
For the Eastern District of PA
615 Chestnut Street, Suite 1250
Philadelphia, PA 19107

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

SEC
One Penn Center
1617 JFK Blvd., Suite 520
Philadelphia, PA 19103

Office of Tax & Revenue
Office of the Chief Financial Officer
1101 4th Street, SW - Suite W270
Washington, DC 20024